AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) McBryde, John H | 2. Court or Organization U.S. Dist. Ct., N. Dist. of TX | 3. Date of Report 2/22/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 501 West 10th Street U.S. Courthouse, Room 401 Fort Worth, Texas 76102-3642 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED
Feb 20 11 22 AM '05

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McBryde, John H | 2/22/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law School Law & Economics Center | Oct. 15-21, 2004, Tucson, AZ, The Economics of Private Law Seminar (Travel, Housing, Food & Tuition) |

## V. GIFTS. (Includes those to spouse and de endent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| I. | The Fort Worth Club | See explanation in Sec. VIII | $1,200 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 2/22/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-30): | | | | | | | | | |
| 2. Caterpillar Tractor | B | Dividend | M | T | | | | | |
| 3. Chevron Texaco Corp. | C | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | K | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | A | Dividend | K | T | | | | | |
| 9. InterTan, Inc. | | None | J | W | | | | | |
| 10. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 11. Permian Basin Royalty Trust | D | Dividend | L | T | | | | | |
| 12. San Juan Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 13. Weyerhaeuser Co. | B | Dividend | L | T | | | | | |
| 14. Winn-Dixie Stores, Inc. | A | Dividend | J | T | | | | | |
| 15. Mony Group | A | Dividend | | | Redempt. | 7/15 | J | C | |
| 16. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 17. Verizon Communications | A | Dividend | | | Sell | 11/15 | J | A | Broker |
| 18. Intel Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated



| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 2/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 20. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 21. Time Warner, Inc. (formerly AOL Time Warner) | | | | | Sell | 11/5 | J | A | Broker |
| 22. Avaya | | None | J | T | | | | | |
| 23. Visteon Corp. (accidently listed twice on prior report) | A | Dividend | J | T | | | | | |
| 24. Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 25. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 26. Pfizer, Inc. | A | Dividend | | | Sell | 11/5 | J | A | Broker |
| 27. Agere Sys. Inc. Cl. A | | None | J | T | | | | | |
| 28. Agere Sys. Inc. Cl. B | | None | J | T | | | | | |
| 29. EnPro Industries | | None | J | T | | | | | |
| 30. 3M Co. | A | Dividend | K | T | Buy | 11/5 | K | | Broker |
| 31. *************************** | | | | | | | | | |
| 32. BANK ACCOUNTS (33-34): | | | | | | | | | |
| 33. Frost Nat'l Bank | A | Interest | J | T | | | | | |
| 34. Worth National Bank | A | Interest | J | T | Opened Acct | 3/25 | J | | |
| 35. ****************************** | | | | | | | | | |
| 36. MUNICIPAL BONDS: | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 2/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Tarrant Co. TX HSG. Fin. Corp. Rev. Sharing Fam. MI | A | Interest | J | W | Exchange | 5/20 | J | A | |
| 38. ****************************** | | | | | | | | | |
| 39. MUTUAL FUNDS (NON-IRA) (40-52): | | | | | | | | | |
| 40. CMA Tax Exempt Fund | A | Dividend | | | Closed | 10/5 | J | A | |
| 41. Eaton Vance Nat. Muni Fund | D | Dividend | L | T | | | | | |
| 42. Fidelity Investments - Magellan | C | Dividend | M | T | | | | | |
| 43. Fidelity Investments - Puritan | D | Dividend | M | T | | | | | |
| 44. T. Rowe Price-High Yield | ● | Dividend | L | T | | | | | |
| 45. Scudder - Int. Fund | | | | | Redempt. | 5/24 | M | A | |
| 46. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 47. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 48. Vanguard Tax Exempt Money Market Fund | C | Dividend | M | T | | | | | |
| 49. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 50. Am. Century Ultra Fund | | None | M | T | Buy | 12/14 | L | | Am. Century Ultra |
| 51. Vanguard International Growth Fund | B | Dividend | L | T | Buy | 5/28 | L | | Vanguard |
| 52. Vanguard International Value Fund | A | Dividend | L | T | Buy | 5/28 | L | | Vanguard |
| 53. ********************* | | | | | | | | | |
| 54. MUTUAL FUNDS - IRA ROLLOVER (55-63): | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 2/22/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. T. Rowe Price - High Yield | D | Dividend | M | T | | | | | |
| 56. American Century-Ultra | | None | K | T | Part. Redemp | 12/14 | L | | Mandatory IRA withdrawal |
| 57. Vanguard Group-Wellington | E | Dividend | N | T | | | | | |
| 58. Vanguard Group-GNMA | D | Dividend | M | T | | | | | |
| 59. Fid. Inv. Int'l. Discovery Fund (formerly Int. Growth & Inc) | | None | M | T | | | | | |
| 60. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 61. Vanguard Equity Income Fund | E | Dividend | N | T | | | | | |
| 62. Vanguard Windsor Fund | A | Dividend | L | T | | | | | |
| 63. Vanguard Primecap Fund | A | Dividend | K | T | | | | | |
| 64. ************************* | | | | | | | | | |
| 65. MUTUAL FUNDS/IRA NON-ROLLOVER (66-67): | | | | | | | | | |
| 66. Vanguard Group-Long Term Corp. | D | Dividend | N | T | | | | | |
| 67. Vanguard Group-Wellington | A | Dividend | K | T | | | | | |
| 68. ************************* | | | | | | | | | |
| 69. OTHER (70-73) | | | | | | | | | |
| 70. U.S. Treas. Notes & Bonds | E | Interest | P1 | T | | | | | |
| 71. Sherman Co. TX Min. Int. | A- | Royalty | J | W | | | | | |
| 72. Tarrant County, TX Rental Property | D | Rent | L | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | P = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 2/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.  GMD Bondholder Trust | | None | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

V. OTHER GIFTS. (Continuation of Sec. III).

   As a member of the local federal judiciary, I have an honorary membership in The Fort Worth Club. My honorary membership eliminated the need for me to pay $1,200 ($100 per month) in dues that otherwise would have been paid by a member. The $1,200 is the only value the membership had to me during the year 2004.

VII. INVESTMENTS.

Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, CMA Tax Exempt Fund, Vanguard Funds, and Nuveen Fund.

Sources of Rent and Royalty Income:

The royalty income in relation to the Sherman County, Texas, mineral interest (item 71) was received from BP American Production Co. The rent income on the Tarrant County, Texas, rental property (item 72) is from Stephanie Dockers.

All items of property listed in Section VII are the  by

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 2/22/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544